THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAVIN SHAW,

    Plaintiff,                                        CASE NO. 8:10-cv-02176

v.

HUNTER WARFIELD

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, GAVIN SHAW by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                  RESPECTFULLY SUBMITTED,

                                                By: /s/ James Pacitti
                                                James Pacitti (FBN: 119768)
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd, Suite 401
                                                Los Angeles, CA 90025
                                                (323) 988-2400 x 230
                                                (866) 802-0021 (fax)
                                                jpacitti@consumerlawcenter.com
                                                Attorney for Plaintiffs