THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAVIN SHAW,

    Plaintiff,                                       CASE NO. 8:10-cv-02176

v.

HUNTER WARFIELD

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

GAVIN SHAW (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, HUNTER WARFIELD (Defendant), in this case.

                                                RESPECTFULLY SUBMITTED,

                                                By: /s/ James D. Pacitti_____
                                                James D. Pacitti
                                                FBN: 119768
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd, Suite 401
                                                Los Angeles, CA 90025
                                                (323) 988-2400 x230
                                                (866) 802-0021 (fax)
                                                Email: jpacitti@consumerlawcenter.com