# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GAVIN SHAW,

      Plaintiff,

vs.

                                   **CASE NO. 8:10-CV-2176-T-27MAP**

HUNTER WARFIELD,

      Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is Plaintiff's Voluntary Dismissal (Dkt. 9). In accordance with the Notice and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this cause is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 23rd day of December, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record